JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SVBJ ENTERPRISES, INC., a California Corporation dba FAME ACCESSORIES; BRYAN LEE, an individual; B & C DESIGN, LLC, a California Limited Liability Company dba BEUNIKI; HYUN JUNG PITTMAN, an individual; JASON D. PITTMAN, an individual, CAA WHOLESALE & RETAIL, an unknown business entity; KELLY MORAN aka KELLY COSENZA, an individual dba DAISY SHOPPE; YOUNG KOO dba HELLO MISS APPLE; PAPER HEARTS, an unknown business entity; and DOES 1-10;<br>　　　　　Defendants. | Case No.: CV15-01123 R (RZx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

1    Upon review of the Stipulation for Dismissal of Action and finding the relief
2  requested appropriate,
3    IT IS ORDERED that the above-referenced action is dismissed in its entirety as to
4  all defendants with prejudice, and that this court shall retain jurisdiction over any disputes
5  relating to the settlement agreement reached in this matter.
6    Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED:**

Dated: April 24, 2015

_____
HON. MANUEL L. REAL
United States District Court Judge